Name: Jonathan Lee Riches ©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

RECEIVED
USDC CLERK, CHARLESTON, SC
2007 SEP 26  A 9: 38

United States District Court
District of South Carolina
1501 Bay St.
Beaufort, S.C. 29902



FLORENCE SC 295
18 SEP 2007 PM 2 T